JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEREMY PETERSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES WALKER, Warden,<br><br>　　　　Respondent. | Case No. CV 10-7162-VBF (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: February 8, 2012

　　　　　　　　　　　　　　　　_Valerie Baker Fairbank_
　　　　　　　　　　　　　　　　Valerie Baker Fairbank
　　　　　　　　　　　　　　　　United States District Judge